IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**PHILLIP WILLYARD**
**ADC #152418**                                                                            **PLAINTIFF**

**V.**                   **CASE NO. 4:16CV00589 SWW**

**THOMAS LEE**, *et al.*                                                       **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 30th day of August, 2016.

                                                           /s/Susan Webber Wright
                                                 UNITED STATES DISTRICT JUDGE